UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

**Chambers of**
**PATRICK J. SCHILTZ**
**DISTRICT JUDGE**

United States Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
(612) 664-5480

February 13, 2020
VIA CM/ECF

Re:   John Doe 1, et al. v. City of Apple Valley
      Case No. 20-CV-0499 (PJS/DTS)

Dear Counsel:

I write in connection with the motion for a preliminary injunction filed by plaintiffs.

I have set a hearing on the motion for Monday, February 24, 2020, at 2:00 pm. I have also ordered that Apple Valley file a brief responding to the motion by 12:00 noon on Wednesday, February 19, and that plaintiffs file any reply by 12:00 noon on Friday, February 21.

I recognize that this briefing schedule may inflict hardship on the parties (particularly Apple Valley).  If Apple Valley is willing to agree that it will not enforce the challenged ordinance against plaintiffs while their motion for a preliminary injunction is pending, I will reschedule the hearing for late March or early April and extend the briefing deadlines.  Otherwise, the parties will have the meet the deadlines set forth in my order.

Sincerely,

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge