| | |
|---|---|
| United States District Court | DISTRICT OF MINNESOTA |

| | |
|---|---|
| John Doe, et al. | Court File Number |
| Plaintiff, | 0:20-cv-00499-PJS-DTS |
| v. | |
| City of Apple Valley | |
| Defendant, | Affidavit of Service |

State of Minnesota  )
County of Hennepin  )

I, Neil Hanson, state that on Friday, February 14, 2020 at 12:08 PM I served the Summons, Complaint and Civil Cover Sheet upon City of Apple Valley, therein named, personally at 7100 W 147th Street, Apple Valley, MN 55124, by handing to and leaving with Pamela Gackstetter, City Clerk of said City of Apple Valley, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 2/14/2020   _____
Neil Hanson, Process Server



*2408616 - 1*

METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: 6072-001                    -1-