

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 B STREET
17TH FLOOR
SAN DIEGO, CA 92101

**DANIEL E. GUSTAFSON**
dgustafson@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

February 19, 2020

**VIA ECF**
Judge Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re: **Does et al v. City of Apple Valley**
           **20-cv-00499-PJS-DTS**

Dear Judge Schiltz:

We write in response to the February 19, 2020 letter from Mr. Mills, counsel for Apple Valley. Because Apple Valley has agreed not to enforce the ordinance pending the Court's decision on Plaintiffs' motion for a preliminary injunction, we are fine with extending the briefing schedule and agree that April would be an appropriate time for the hearing.

Plaintiffs' counsel has conflicts on April 9, 10, 15, 23, and 24. Any other dates are fine. Please call if you have any questions.

                                    Sincerely,

                                    GUSTAFSON GLUEK PLLC

                                    Daniel E. Gustafson

DEG/mlm