# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| John Doe 1, et al., | **COURT MINUTES** |
| Plaintiffs, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| City of Apple Valley, | Case No: 20-CV-0499 (PJS/DTS) |
| | Date: April 17, 2020 |
| Defendant. | Deputy: C. Glover |
| | Court Reporter: Debra Beauvais |
| | Courthouse: Minneapolis |
| | Courtroom: 14E Via Teleconference |
| | Time Commenced: 8:35 a.m. |
| | Time Concluded: 9:25 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 50 Minutes |

**Hearing on:** **Plaintiffs' Motion for Preliminary Injunction [Docket No. 4]**

APPEARANCES:

Plaintiffs:   Adele Nicholas, Dan Gustafson, Mark Weinberg
Defendant:   Monte Mills, Kate Swenson

PROCEEDINGS:

☐ Plaintiff's Witnesses:
☐ Plaintiff' Exhibits:
☐ Defendant's Witnesses:
☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
☐ Brief time set:
☒ Motion taken under advisement, written order forthcoming.

  s/C. Glover
Courtroom Deputy
