

Monte A. Mills
612-373-8363 *direct*
mmills@greeneespel.com

May 15, 2020

***VIA ECF***

The Honorable Patrick J. Schiltz
United States District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re:    *Doe, et al. v. City of Apple Valley*
             Court File No. 20-cv-00499 (PJS-DTS)

Dear Judge Schiltz:

Enclosed is a copy of the new Apple Valley Ordinance No. 1075 which we received today. Ordinance No. 1075 makes two further amendments to Section 130.08 of the City Code. First, it amends the "Public park or playground" category of protected zones in Section 130.08(C)(2), which now reads: "Public park with playground equipment or other public facility designed or used for youth activities, including recreation centers, ice arenas, and aquatic centers, as designated in Apple Valley's official parks list." (Also enclosed is a copy of Apple Valley's official parks list, which Section 130.08(C)(2) references.) Second, it amends the "place of worship" category of protected zones in Section 130.08(C)(3), which now reads: "A public place of worship that is maintained and controlled by a religious organization/body and at which regular educational programs for children are provided (e.g. Sunday school)."

Apple Valley does not believe that this ordinance amendment changes the applicability of Section 130.08 to John Does 1, 2, or 4.

               Very truly yours,

               *s/Monte A. Mills*

               Monte A. Mills

MM/jak
Enclosure

CITY OF APPLE VALLEY
ORDINANCE NO. 1075

AN ORDINANCE OF THE CITY OF APPLE VALLEY, MINNESOTA,
AMENDING CHAPTER 130 OF THE CITY CODE ENTITLED "GENERAL
OFFENSES" BY AMENDING SECTION 130.08

The City Council of Apple Valley ordains:

Section 1. Chapter 130 of the Apple Valley City Code is amended by revising Section 130.08 (C) to read as follows:

## § 130.08  SEXUAL OFFENDER RESIDENCE LOCATION RESTRICTION.

\*          \*          \*          \*

(C)      *Location of Residence.* It is unlawful for any designated offender to establish residence or otherwise reside within one thousand five hundred feet (1,500') of any of the following uses (hereinafter referred as "protected zones"):

(1) School for pre-K through Grade 12, public or private;

(2) Public park with playground equipment or other public facility designed or used for youth activities, including recreation centers, ice arenas, and aquatic centers, as designated in Apple Valley's official parks list;

(3) A public place of worship that is maintained and controlled by a religious organization/ body and at which regular educational programs for children are provided (e.g., Sunday school); and

(4) Licensed child care center (excluding in-home daycare providers).

For purposes of determining the minimum distance separation, the requirement shall be measured by following a horizontal line from any property line of the lot or parcel on which the subject residence is located to the nearest property line of subject use of a prohibited zone identified above.

The Police Chief shall maintain an official map showing approximate locations in which a designated offender is prohibited to reside, as defined by this Section. The Police Chief shall update the map at least annually to reflect any changes in the location of prohibited zones. The actual measurement of minimum distance separation between the residence and the use within the prohibited zone shall govern.

\*             \*             \*             \*

<u>Section 2</u>  Effective Date.  This ordinance shall take effect upon its passage and publication.

PASSED by the City Council this 14th day of May, 2020.

Mary Hamann-Roland, Mayor

ATTEST:

Pamela J. Gackstetter, City Clerk





| # | NAME / ADDRESS | INDEX | ACRES | PLAYGROUND EQUIPMENT | BALL DIAMONDS | PLAY FIELDS | BASKETBALL GAME COURTS | TENNIS COURTS | SAND VOLLEYBALL COURTS | PICKLEBALL COURTS | HORSESHOE PITCH | PICNIC SHELTERS | CANOE LAUNCH | HOCKEY RINKS | SKATING RINKS | PARK BUILDING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ALIMAGNET / DISC GOLF<br>211 Ridgeview Drive | A5 | 85.0 | | | | | ● | | | | ● | ● | ● | | ● |
| 2 | APPLE GROVE<br>14004 Hayes Road | B6 | 11.6 | | | | | | | | | | | | | |
| 3 | APPLE PONDS<br>15834 Garrett Drive | D8 | 11.0 | ● | ● | ● | ● | | | | | | | | | |
| 4 | APPLE VALLEY COMMUNITY CENTER<br>14603 Hayes Road | B6 | | | | | ● | | | | | | | | | |
| 5 | APPLE VALLEY EAST<br>15335 Dunbar Avenue | I7 | 11.6 | ● | ● | | ● | | | | | | ● | ● | | ● |
| 6 | APPLE VALLEY FAMILY AQUATIC CENTER<br>14421 Johnny Cake Ridge Road | F5 | | | | | | | | | | | | | | |
| 7 | APPLE VALLEY SENIOR CENTER<br>14601 Hayes Road | B6 | | | | | | | | | | | | | | |
| 8 | APPLE VALLEY SPORTS ARENA<br>14452 Hayes Road   (adj. to Apple Valley High School) | C5 | | | | | | ● | | | | | | ● | ● | ● |
| 9 | APPLE VALLEY TEEN CENTER<br>14255 Johnny Cake Ridge Road | F5 | | | | | | | | | | | | | | |
| 10 | BELMONT<br>118 Belmont Road | B2 | 3.4 | ● | ● | ● | ● | | | | | | | ● | ● | |
| 11 | BRIAR OAKS<br>12275 Safari Pass | D1 | 16.4 | ● | | | | | | | | | | | ● | |
| 12 | CARROLLWOOD<br>7861 142nd Street W. | C5 | 5.1 | ● | | | | | | | | | | | | |
| 13 | CEDAR ISLE<br>14400 Freeport Trail | E5 | 8.5 | ● | | | | ● | | | | | | | | |
| 14 | CEDAR KNOLLS<br>7094 127th Street W. | D2 | 10.3 | ● | | | | | | | | | | | | |
| 15 | CHAPARRAL<br>137 Chaparral Drive | B2 | 9.7 | ● | | | | | | | | | | | | |
| 16 | COBBLESTONE LAKE<br>15601 Cobblestone Lake Parkway | I8 | 25.8 | ● | | | | | | | | ● | ● | | | |
| 17 | DELANEY<br>4745 147th Street W. | H6 | 7.9 | ● | ● | ● | ● | | | | | | ● | ● | | |
| 18 | DIAMOND PATH<br>14869 Diamond Path | I6 | 20.3 | | | | | ● | | | | | | | | |
| 19 | DUCHESS<br>947 Duchess Lane | B7 | 3.0 | ● | ● | | ● | | | | | | | | | |
| 20 | FAITH<br>15539 Ferris Avenue | F4 | 11.0 | ● | | | | | | | | | | | | |
| 21 | FARQUAR / FISHING PIER<br>13266 Pilot Knob Road | H3 | 11.0 | ● | | | | ● | | | | ● | ● | ● | | ● |
| 22 | FINDLAY<br>12998 Findlay Way | F3 | 3.6 | ● | | | | | | | | | | | | |
| 23 | GALAXIE<br>13900 Galaxie Avenue | D4 | 12.6 | ● | ● | | ● | | | | | | ● | ● | | ● |
| 24 | GREENING<br>852 Greening Drive | B7 | 3.4 | ● | | | | | | | | | | | | |
| 25 | GREENLEAF PARKS / PATHWAYS<br>13541 Flint Lane | E3 | 15.0 | ● | | | | | | | | | | | | |
| 26 | HAGEMEISTER<br>13000 Johnny Cake Ridge Road | G3 | 8.7 | ● | ● | | ● | | | | | | ● | ● | | ● |
| 27 | HAYES<br>14601 Hayes Road | B6 | 25.0 | ● | ● | ● | ● | | | | | | ● | ● | | ● |
| 28 | HAYES PARK ARENA<br>14595 Hayes Road | B6 | | | | | | | | | | | | | | |
| 29 | HERITAGE<br>12852 Hamlet Avenue | C2 | 3.6 | ● | | | ● | | | | | | | | | |
| 30 | HUNTINGTON<br>12960 Diamond Path | I2 | 10.3 | ● | ● | | ● | ● | | | | | | | | |
| 31 | JOHNNY CAKE RIDGE PARK (EAST)<br>5800 140th Street W. | G5 | 42.0 | ● | ● | ● | | ● | ● | ● | | | | | | |
| 32 | JOHNNY CAKE RIDGE PARK (WEST)<br>14139 Johnny Cake Ridge Road | F5 | 125 | ● | ● | ● | | | | | | ● | ● | ● | | |
| 33 | KELLER<br>1105 Whitney Drive | A7 | 3.0 | ● | | | | | | | | | | ● | | |
| 34 | KELLEY / SPLASH PAD SITE<br>6855 Fortino Street | E7 | 5.6 | ● | | | | | | | | | ● | ● | | ● |
| 35 | LAC LAVON / FISHING DOCK SITE<br>15610 Highview Drive | B8 | 5.5 | ● | | | | | | | | | ● | ● | | |
| 36 | FRED J. LARGEN<br>7968 142nd Street W. | D5 | 7.0 | ● | | | ● | ● | | | | | | | | |
| 37 | LONG LAKE<br>13098 Euclid Avenue | G3 | 5.4 | ● | | | | | | | | | | ● | | |
| 38 | LONGRIDGE<br>8530 160th Street W. | B8 | 15.0 | ● | | ● | | | | | | | | | | |
| 39 | MOELLER<br>13750 Johnny Cake Ridge Road | G4 | 12.6 | ● | ● | | ● | | | | | | ● | ● | | |
| 40 | NEWELL<br>794 Newell Drive | C7 | 1.5 | ● | | | | | | | | | | | | |
| 41 | NORDIC<br>13161 Foliage Avenue | E3 | 7.2 | ● | | | | | | | | | | | | |
| 42 | PALOMINO<br>12765 Pennock Avenue | C2 | 4.6 | ● | | | | | | | | | | | | |
| 43 | PENNOCK<br>15445 Pennock Avenue | C7 | 3.2 | ● | | | ● | ● | | | | | | ● | | |
| 44 | QUARRY POINT<br>15725 Pilot Knob Road | G8 | 32.0 | ● | ● | ● | | ● | | | ● | | | | | ● |
| 45 | REDWOOD<br>311 150th Street W. | A6 | 12.0 | ● | | | ● | ● | | | | | | | | ● |
| 46 | REDWOOD COMMUNITY CENTER / POOL<br>311 150th Street W. | A6 | | | | | | | | | | | | | | ● |
| 47 | REGATTA<br>15536 Finch Avenue | F8 | 9.7 | ● | ● | | ● | | | | | | | | | |
| 48 | ROBERT L. ERICKSON<br>4870 140th Street W. | I5 | 4.0 | ● | | | | | | | | | | | | |
| 49 | SCOTT PARK / ARCHERY SITE<br>14125 Galaxie Avenue | D5 | 8.0 | ● | | | | | | | | | | | | |
| 50 | SUMMERFIELD<br>13866 Dublin Road | H4 | 7.1 | ● | | | ● | | | | | | | | | |
| 51 | SUNSET PARK / OVERLOOK<br>13681 Holyoke Lane | A4 | 5.1 | ● | | | | | | | | | | | | |
| 52 | TINTAH<br>4839 142nd Street W. | I5 | 21.4 | ● | ● | | ● | | | | | | ● | | | |
| 53 | VALLEY MIDDLE<br>1040 Baldwin Drive | A7 | 7.0 | ● | ● | ● | ● | | | | | | ● | ● | | |
| 54 | VALLEYWOOD GOLF COURSE / CLUBHOUSE<br>4851 McAndrews Road | I1 | 190 | | | | | | | | | | | | | ● |
| 55 | WALLACE<br>13720 Pennock Avenue | C4 | 3.5 | ● | | | ● | | | | | | | | | |
| 56 | WILDWOOD<br>8366 137th Street W. | B4 | 8.2 | ● | | | | | | | | | | | | |