UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Doe, et al.

                        Case No. 20-cv-499 (PJS/DTS)

    Plaintiff(s),

v.                             **ORDER**

City of Apple Valley, Minnesota,

    Defendant(s).

---

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing [Docket No. 60] pursuant to Minn. L.R. 5.6(d)(2).

Six documents [Dockets Nos. 15, 36, 36-1, 36-2, 37, 50] were filed under temporary seal in connection with Plaintiffs' Motion for a Preliminary Injunction [Docket No. 4].

The Court granted Plaintiffs' leave to proceed anonymously [Docket No. 30]. The parties agree that all six documents should remain sealed and have already filed redacted versions of these documents excluding various personal information. The Court will grant the parties' Joint Motion.

IT IS HEREBY ORDERED that:

1.    the parties' Joint Motion for Continued Sealing [Docket No. 60] is GRANTED.

2.    The Clerk is directed to keep the following documents sealed: Docket Nos. 15, 36, 36-1, 36-2, 37, and 50.

Dated: June 15, 2020                        s/David T. Schultz
                                                  DAVID T. SCHULTZ
                                                  U.S. Magistrate Judge