# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| John Doe 1, John Doe 2, John Doe 3, John Doe 4, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-499 PJS/DTS |
| City of Apple Valley, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' motion for a preliminary injunction [ECF No. 4] is DENIED.

Date: 9/17/2020                                                                 KATE M. FOGARTY, CLERK