UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JOHN DOE 1, et al., | Case No. 20-CV-0499 (PJS/DTS) |
| Plaintiffs, | |
| v. | ORDER OF DISMISSAL |
| CITY OF APPLE VALLEY, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on April 12, 2021 [ECF No. 74],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: April 12, 2021

                                                    s/Patrick J. Schiltz
                                                  Patrick J. Schiltz
                                                  United States District Judge